IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-406-D

| | |
|---|---|
| EMMANUEL I. REID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NC LEGISLATURE, et al., ) | |
| ) | |
| Defendants. ) | |

On September 9, 2019, Emmanuel I. Reid ("Reid" or "plaintiff"), appearing pro se, applied to proceed in forma pauperis under 28 U.S.C. § 1915 [D.E. 1]. On September 25, 2019, the court referred the motion to Magistrate Judge Numbers for frivolity review [D.E. 4]. On October 7, 2019, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R") that recommended this court grant Reid's application to proceed in forma pauperis and dismiss Reid's complaint for failure to state a claim [D.E. 4]. Reid did not object to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b)(1). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 4].

In sum, Reid's application to proceed in forma pauperis [D.E. 1] is GRANTED, and Reid's complaint is DISMISSED for failure to state a claim. The clerk shall close the case.

SO ORDERED. This _7_ day of November 2019.

                                              JAMES C. DEVER III
                                              United States District Judge