UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EMMANUEL I. REID, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>NC LEGISLATURE, SENATE COMMITTEE, NC )<br>HOUSE OF REPRESENTATIVES, FEDERAL )<br>TREASURY, and CONTRACT RIGHTS, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:19-CV-406-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 4]. In sum, Reid's application to proceed in forma pauperis [D.E. 1] is GRANTED, and Reid's; complaint is DISMISSED for failure to state a claim.

**This Judgment Filed and Entered on November 7, 2019, and Copies To:**

Emmanuel I. Reid  (Sent to 1483 Peace Court Winston Salem, NC 27105 via US Mail)

DATE:  PETER A. MOORE, JR., CLERK

November 7, 2019  (By) /s/ Nicole Sellers

  Deputy Clerk